IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JRA ARCHITECS & PROJECT MANAGERS, ET. AL.,**         **CIVIL NO. 08-01285(FAB-MEL)**

**PLAINTIFFS,**

**V.**

**FIRST FINANCIAL GROUP, INC., ET. AL.,**

**DEFENDANTS.**

## MOTION TO TERMINATE PARTY AND CEASE NOTIFICATIONS

**TO THE HONORABLE COURT:**

**NOW COMES** the Office of the Commissioner of Financial Institutions of the Commonwealth of Puerto Rico (CIF) through the undersigned attorneys and very respectfully alleges and prays as follows:

1. The appearing party is not a party to the case of caption.

2. The CIF's participation in the case is related to a subpoena which was served upon it for production of documents for inspection and such incident was already solved by the Honorable Court prior to the appeal to the Circuit Court.

3. There is no need for continuing to notify the CIF on any further proceedings in the case.

WHEREFORE, the CIF respectfully requests the Honorable Court to terminate the party and cease notifications of further proceedings accordingly.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that I have filed the foregoing document using the CM/ECF system which will send automatic notification of such filing to all other counsel involved in the instant litigation.

In San Juan, Puerto Rico, this 19th day of July, 2010.

<u>s/Marie Elsie López-Adames, Esq.</u>
**Marie Elsie López-Adames, Esq.**
**USDC 208214**

**Gonzalez-Lopez & Lopez Adames**
**1126 Ashford Avenue Suite C-10**
**The Diplomat Condominium**
**Condado PR 00907**
**Tel. 787-724-8212**
**Fax 787-722-8289**